UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:      GRACE M. SCARPA

CASE NO.: 3:10-bk-07068-JAF

Debtor
_____/

## MOTION PURSUANT TO 11 U.S.C. § 1129(B)
## (CLASS 4 FIRST MORTGAGE CLAIM OF FV-1, INC., c/o SAXON MORTGAGE SERVICES, INC. – RIDGEWICK ROAD)

Debtor in Possession, GRACE M. SCARPA, moves the Court to Confirm the Second Amended Plan of Reorganization dated October 19, 2010, notwithstanding the non-acceptance of Class 4 of first mortgage claim of FV-1, Inc., c/o Saxon Mortgage Services, Inc. on the property located at 14111 Ridgewick Drive, Jacksonville, Florida.

The Debtor in Possession would show that the plan is fair and equitable and does not discriminate against the creditors in Class 4 as an impaired class.

To the extent that Class 4 is secured the creditor shall retain any lien. The Plan also proposed to pay the creditor the value of any secured claim. Class 4 proposed to pay the value of the first mortgage claim on he property located at 14111 Ridgewick Drive, Jacksonville, Florida over a period of 360 months together with interest at the rate of 4% in equal monthly installments.

Law Offices of Mickler & Mickler

By:_____
Bryan K. Mickler
5452 Arlington Expressway
Jacksonville, Florida 32211
(904) 725-0822\FAX 725-0855
Florida Bar No. 091790

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy hereof has been furnished to:

United States Trustee
135 W. Central Boulevard, #620
Orlando, FL 32801; and to

FV-1, Inc.
c/o Monica Reyes, Esquire
Attorney of Record
2901 Stirling Road, Suite 300
Ft. Lauderdale, Florida 33312; and to

FV-1, Inc., c/o Saxon Mortgage Services, Inc.
c/o Lawrence Buckley, Authorized Agent/Managing Agent
P O Box 829009
Dallas, Texas 75382-9009

by U.S. Mail, postage prepaid, this _20_ day of December, 2010.

_____
Bryan K. Mickler